*E-Filed 1/25/12*

RANDALL B. AIMAN-SMITH #124599
REED W.L. MARCY #191531
HALLIE VON ROCK #233152

aiman-smith *ʃ* marcy

7677 oakport street suite 1020
oakland california 94621
t:510.562.6800 f:510.562.6830

Attorneys for plaintiff David Redmond

Michael E. Brewer, SBN 177912
Gregory G. Iskander, SBN 200215
Littler Mendelson, A Profession Corporation
Treat Towers
1225 Treat Boulevard, Suite 600
Walnut Creek, CA 94596
Tel.: 925.932.2468
Fax: 925.946.9809

Attorneys for Defendant Office Depot, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID REDMOND, an individual, | ) Case No.: C-11-03314 RS |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PARTIES TO COMPLETE PRIVATE MEDIATION** |
| OFFICE DEPOT, INC., a corporation, and DOES One through 200, | ) |
| Defendants. | ) |

**Stipulation and [Proposed] Order to Extend Deadline for Parties to Complete Private Mediation**
*Redmond v. Office Depot, Inc., et al.*  Case no. C-11-03314 RS
Page 1

Pursuant to Local Rule 7-12, in the matter of *David Redmond v. Office Depot, Inc.,* Case No. C 11-03314-RS, counsel for Plaintiff David Redmond and counsel for defendant Office Depot, Inc., ("Office Depot") jointly submit the following Stipulation agreeing to extend the deadline for the parties to complete private mediation.

WHEREAS, at the Initial Case Management Conference on October 20, 2011, the parties agreed to engage in private mediation;

WHEREAS, pursuant to the Case Management Scheduling Order entered on October 21, 2011, the parties were ordered to complete private mediation within 120 days of the issuance of the Order;

WHEREAS, the plaintiff and defendant have been participating in discovery, including propounding and responding to special interrogatories and document demands, and scheduling depositions, including the plaintiff's deposition, scheduled for February 17, 2012;

WHEREAS, the parties agree that completion of initial discovery will assist in evaluating the case for mediation;

WHEREAS, the parties have agreed to a mediation date of March 14, 2012, with the mediator Hon. Richard Hodge (Ret.);

THEREFORE, the parties hereby stipulate and agree:

1. The deadline for the parties to complete private mediation shall be extended from February 18, 2012, to March 20, 2012.

Date: 1/25/12 /s/ Hallie Von Rock
_____
Hallie Von Rock
Attorney for Plaintiff David Redmond

Date: 1/25/12 /s/ Gregory G. Iskander
_____
Gregory G. Iskander
Attorney for Defendant Office Depot, Inc.

**Stipulation and [Proposed] Order to Extend Deadline for Parties to Complete Private Mediation**
*Redmond v. Office Depot, Inc., et al.* Case no. C-11-03314 RS
Page 1

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The deadline for the parties to complete private mediation shall be extended from February 18, 2012, to March 20, 2012.

Date: 1/25/12

_____

Hon. Richard Seeborg

**Stipulation and [Proposed] Order to Extend Deadline for Parties to Complete Private Mediation**
*Redmond v. Office Depot, Inc., et al.*  Case no. C-11-03314 RS
**Page 2**